# UNITED STATES DISTRICT COURT

__WESTERN__ District of __LOUISIANA__

UNITED STATES OF AMERICA

V.

__LOVELESS BELL__
Defendant

RECEIVED
JUN - 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 07-20052-01

Upon motion of the ~~Government~~ __Defendant__, it is ORDERED that a detention hearing is set for __June 11, 2007__ * at __10:30 a.m.__
  Date                Time

before __Magistrate Judge Wilson__
  Name of Judicial Officer

__U.S. District Courthouse, Lake Charles, Louisiana__
  Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
  Other Custodial Official

Date: __June 6, 2007__         __C. Michael Hill__
                                 Judicial Officer

COPY SENT:
DATE: 6-6-07
BY: abr
TO: Brown, Piccione LC ) via fax

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.